RECEIVED
JUL 23 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:25-cr-005 |
| v. | **SECOND SUPERSEDING INDICTMENT** |
| DANIEL TROY SMITH, and KENNETH RANDALL PEAVY JR., | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 922(g)(3) |
| Defendants. | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| | T. 21 U.S.C. § 841(b)(1)(B) |
| | T. 21 U.S.C. § 846 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least January 2021, and continuing until October 2024, in the Southern District of Iowa, the defendants, DANIEL TROY SMITH and KENNETH RANDALL PEAVY JR., conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Distribution of a Controlled Substance)

On or about October 6, 2022, in the Southern District of Iowa, the defendant, DANIEL TROY SMITH, knowingly and intentionally distributed a controlled substance, namely: 5 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Prohibited Person in Possession of a Firearm and Ammunition)**

On or about November 28, 2024, in the Southern District of Iowa, the defendant, DANIEL TROY SMITH, in and affecting commerce, knowingly possessed a firearm and ammunition, namely one or more of the following:

1) a Springfield, XD Compact, .45 caliber pistol, with serial number: GM470874;

2) Twenty-eight (28) Remington (R-P) .45 Caliber rounds;

3) Two (2) Dynamic Research Technologies (DRT) .45 Caliber rounds;

4) Five (5) Winchester .45 Caliber rounds; and

5) One (1) Federal .40 Caliber round.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Prohibited Person in Possession of a Firearm and Ammunition)**

On or about March 20, 2025, in the Southern District of Iowa, the defendant, KENNETH RANDALL PEAVY JR., in and affecting commerce, knowingly possessed a firearm and ammunition, namely: a Smith and Wesson .32 Hand Ejector Model of 1903, 5th Change, Serial Number 143853. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 3 of this Indictment, the defendant, DANIEL TROY SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 4 of this Indictment, the defendant, KENNETH RANDALL PEAVY JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Count 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jason T. Griess
Assistant United States Attorney